ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2022-Jun-06 13:22:09
60CV-22-3572
C06D06 : 5 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## CIVIL DIVISION

**RAYMOND COSTA, JR.**                                                          **PLAINTIFF**

v.                                    No._____

**SARAH MICHELLE BETHARDS**                                                     **DEFENDANT**

## COMPLAINT

COMES NOW, the Plaintiff, Raymond Costa, Jr., by and through his attorney, B. Patrick Cowan, KIRKENDALL DWYER, LLP, and for this Complaint against the Defendant states as follows:

### I.     INTRODUCTION

This is an action stemming from recklessness and negligence that led to the injuries of Raymond Costa. On October 28, 2021, Costa was traveling west on Interstate 30 in Hot Spring, Arkansas. Sarah Bethards was traveling west on Interstate 30 in Hot Spring County, Arkansas and was operating the vehicle immediately behind Costa. At the time of the incident, Bethards was traveling too closely to Costa and did not allow for a safe distance to stop her vehicle prior to striking Costa. As a result of Bethards's negligence, she struck Costa's motorcycle and caused Costa to crash into the median. Due to Bethards colliding with Costa, and subsequently throwing Costa from his motorcycle, Costa was seriously injured.

### II.    PARTIES, JURISDICTION, AND VENUE

1.     Raymond Mathew Costa, Jr. ("Plaintiff" throughout this complaint) is an individual who resides in 22073 Highway 67 Malvern, Arkansas 72104.

2. Defendant, Sarah Michelle Bethards ("Defendant" throughout this complaint") is an individual residing in Pulaski County, Arkansas and may be served at 612 Atkins Road Little Rock, Arkansas 72211, or wherever found.

3. The events giving rise to this cause of action occurred on Interstate 30 in Donaldson, Arkansas in Hot Spring County.

4. This Court has jurisdiction over the parties and the subject matter herein.

5. The amount in controversy is in excess of the minimum amount required for federal court diversity jurisdiction.

6. Venue is proper in this Court pursuant to Ark. Code Ann § 16-60-101, et seq.

### III.   FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

7. Plaintiff hereby incorporates paragraphs one through six herein by reference.

8. On October 28, 2021, Plaintiff was Westbound on Interstate 30 on his 2015 Harley Davidson motorcycle.

9. Defendant was traveling Westbound on Interstate 30 in a 2019 Ford Expedition and was immediately behind the Plaintiff.

10. Defendant collided with the rear of the Plaintiff's motorcycle

11. Plaintiff was forced into the median because of the Defendant's actions.

12. Due to the impact, Plaintiff was thrown from his motorcycle.

13. Plaintiff sustained significant bodily injuries as a result of this accident.

14. Plaintiff also sustained significant damage to his motorcycle.

15. Defendant was cited at the scene of the incident being found in violation of Arkansas Code Annotated § 27-51-305.

### IV.     COUNT I – NEGLIGENCE

16.     Plaintiff hereby incorporates paragraphs one through fifteen herein by reference.

17.     Defendant had a duty to operate her vehicle in a safe and prudent manner upon Arkansas roadways.

18.     Defendant breached her duty to operate his vehicle in a safe and prudent manner.

19.     Defendant's negligence was the direct and proximate cause of the damages and injuries sustained by the Plaintiff. Further specific acts of negligence include, but are not limited to, the following:

   a.   Failing to keep a proper lookout;

   b.   Failing to yield the right of way;

   c.   Failing to keep the automobile she was driving under proper control;

   d.   Failed to take proper evasive action;

   e.   Unsafe driving;

   f.   Improper or unsafe lane changes on public roadways;

   g.   Careless and prohibited driving;

   h.   Otherwise failing to exercise ordinary care under the circumstances.

20.     As a proximate result of the negligence of Defendant, the Plaintiff has suffered property damage to Plaintiff's motorcycle, painful and permanent personal injuries, undergone pain and suffering, and incurred staggering medical expenses. Further, Plaintiff will undergo future pain and suffering, and incur future medical expenses.

### V.     DAMAGES

21.     Plaintiff hereby incorporates paragraphs one through twenty herein by reference.

22. As a direct and proximate result of Defendant's negligence, Plaintiff has suffered the following damages:

    a. Property damage to Plaintiff's Harley Davidson motorcycle, including all tax, title, and license fees;

    b. Storage fees incurred for storing the vehicle;

    c. Damages for loss of use of the vehicle;

    d. Past, present, and future medical expenses;

    e. Past, present, and future mental anguish damages;

    f. Past, present, and future pain and suffering;

    g. Scarring and disfigurement;

    h. All other compensatory and consequential damages to which Plaintiff is entitled.

## VI. JURY DEMAND

23. Plaintiff, pursuant to Rule 38 of the Arkansas Rules of Civil Procedure, demands a jury trial on all factual issues.

24. Plaintiff reserves the right to amend this complaint.

WHEREFORE, the Plaintiff, Raymond Mathew Costa, Jr., individually prays for judgment of and from Defendant Sarah Michelle Bethards, for an amount of money adequate to compensate him for the damages he has sustained. The Plaintiff further prays for attorney's fees, costs, pre-judgment, and post-judgment interest in the full amount allowed by law, and all other just and proper relief to which he may be entitled.

Respectfully submitted,

**KIRKENDALL DWYER, LLP**

By: /s/ B. Patrick Cowan
B. Patrick Cowan (Ark. Bar No. 2007230)
pcowan@kirkendalldwyer.com
221 W. 2nd Street, Suite 427
Little Rock, Arkansas 72201
(501) 295-7373 Telephone
(501) 417-0010 Facsimile

Attorneys for the Plaintiff